THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.
Nathan D. Borris, SBN 266090
1380 A Street
Hayward, CA 94541
(510) 581-7113
(510) 581-7112 Fax
nateborris@gmail.com

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re:

LETICIA I. HERNANDEZ,

         Debtor

) Case No.: 16-40959
) Chapter 7
)
) **DEBTOR'S MOTION TO REDEEM**
) **PROPERTY PURSUANT TO 11 U.S.C.**
) **§722**
)
)
)
)
)
)
)
)

1. Movant is the Debtor in the above-captioned chapter 7 case. This matter is a core matter.

2. Among the dischargeable consumer debts listed in the petition filed herein was a loan from WELLS FARGO AUTO FINANCE secured by an automobile owned by Movant.

3. The automobile, a 2006 Honda Civic EX sedan with 172,853 miles, has been claimed as exempt by Movant under California Code of Civil Procedure §703.140(b)(2), and is used by her for personal and family purposes.

4. The replacement value considering the age, mileage and condition of the automobile is $5,500.00. This figure is based on the requirements of 11 U.S.C. §506(a)(2) which states, in pertinent part, "[w]ith respect to property acquired for personal, family, or household purposes, replacement value shall mean the price a retail merchant would charge for property of that kind considering the age and condition of the property at the time value is

1

determined", and is substantiated by the attached declaration of the Debtor and Kelley Blue Book "Fair Purchase Price" value of the vehicle.

5. Movant wishes to redeem the vehicle pursuant to 11 U.S.C. §722 by paying to the creditor the value of the property, but the creditor has not agreed to her request that this be done.

6. No assets of the estate will be used by the Debtor in redeeming this property.

WHEREFORE, Movant prays this Court to order WELLS FARGO AUTO FINANCE to remove and mark satisfied any encumbrance or security interest in Movant's vehicle upon payment to WELLS FARGO AUTO FINANCE of $5,500.00.

DATED: May 26, 2016    /s/ NATHAN D. BORRIS, ESQ.
　　　　　　　　　　　　　Attorney for Debtor