THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.
Nathan D. Borris, SBN 266090
1380 A Street
Hayward, CA 94541
(510) 581-7113
(510) 581-7112 Fax
nateborris@gmail.com

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

|  |  |
|---|---|
| In Re:<br><br><br>LETICIA I. HERNANDEZ,<br><br><br><br><br>Debtor | ) Case No.: 16-40959<br>) Chapter 7<br>)<br>) **DECLARATION OF DEBTOR IN**<br>) **SUPPORT OF DEBTOR'S MOTION TO**<br>) **REDEEM PROPERTY PURSUANT TO 11**<br>) **U.S.C. §722**<br>)<br>)<br>)<br>)<br>)<br>) |

I, LETICIA I. HERNANDEZ, declare under penalty of perjury of the laws of the

United States, the following to be true and correct:

1. I am the Debtor in the above-captioned matter.

2. This case was filed April 11, 2016.

3. At the time of filing, I owned motor vehicle, to wit, a 2006 Honda Civic EX sedan

   whose current mileage is 172,853. The vehicle is in good mechanical condition

   but does have scratches, small dents, a problem with the digital speedometer

   display that causes the speed to disappear intermittently, and two non-functioning

   interior speakers.

4. Pursuant to the attached Kelley Blue Book "Fair Purchase Price" guideline, the

   current average price to purchase a similar vehicle for a retailer is $6,094.00,

1

however, with the aforementioned electronic issues that currently affect the
vehicle, I feel a more realistic price would be $5,500.00.


Dated: 5/26/2016

/s/ LETICIA I. HERNANDEZ
LETICIA I. HERNANDEZ
*Debtor*



[ See Special Offer ]

Advertisement

# Used 2006 Honda Civic Pricing Report

| Buy from a Dealer |
| --- |



**Style:** EX Sedan 4D
**Mileage:** 172,853



**Fair Market Range**
**$5,263 - $6,924**

Fair Purchase Price
$6,094 ($122/month)*

Suggested Retail Price
$6,916

**Based on Good Condition or Better**

**Fair Purchase Price valid for your area through 5/26/2016**

## Vehicle Highlights

Fuel Economy:
City 26/Hwy 36/Comb 30 MPG

Max Seating: 5

Doors: 4

Engine: 4-Cyl, VTEC, 1.8 Liter

Drivetrain: FWD

Transmission: Automatic

EPA Class: Compact Cars

Body Style: Sedan

Country of Origin: Japan

Country of Assembly: United States

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Engine**
  4-Cyl, VTEC, 1.8 Liter
**Transmission**
  Automatic
**Drivetrain**
  FWD
**Braking and Traction**
  ABS (4-Wheel)

**Comfort and Convenience**
  Air Conditioning
  Power Windows
  Power Door Locks
  Cruise Control
**Steering**
  Power Steering
  Tilt Wheel
**Entertainment and Instrumentation**
  AM/FM Stereo
  MP3 (Single Disc)
**Safety and Security**
  Dual Air Bags
  Side Air Bags

**Roof and Glass**
  Moon Roof
**Wheels and Tires**
  Alloy Wheels

## Glossary of Terms

**Suggested Retail Price** - Suggested Retail Price is representative of dealers' asking prices. It assumes that the vehicle has been fully reconditioned and takes into account the dealers' profit and costs for advertising. The final sale price will likely be less, depending on the car's actual condition, popularity, warranty and local market factors.

**Tip:**

Kelley Blue Book pricing is based on actual transactions and adjusted regularly as market conditions change.

Case: 16-40959    Doc# 8-1    Filed: 05/26/16    Entered: 05/26/16 10:55:48    Page 3 of

**Kelley Blue Book® Fair Purchase Price (Used Car)** - This is the price people are typically paying a dealer for a used car with typical mileage in good condition or better. This price is based on actual used-car transactions and adjusted regularly as market conditions change.

**Fair Market Range (Used Car)** - The Fair Market Range is Kelley Blue Book's estimate of what you can reasonably expect to pay this week for a vehicle with typical mileage and configured with your selected options, excluding taxes, title and fees when purchasing from a dealer. Each dealer sets and controls its own pricing.

**Kelley Blue Book® Certified Pre-Owned (CPO) Price** - This is the dealers' asking price of a car that meets the manufacturers' CPO program, which includes an additional warranty beyond the original factory warranty. It includes certification program costs, dealer profits and retail costs. The final price depends on the car's actual condition, popularity, warranty and local market factors.

**Fair Market Range (CPO)** - The Fair Market Range is Kelley Blue Book's estimate of what you can reasonably expect to pay this week for this year, make and model Certified Pre-Owned vehicle with typical mileage configured with your selected options, excluding taxes, title and fees. Each dealer sets and controls its own pricing.

**Kelley Blue Book® Private Party Price** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an 'as is' value that does not include any warranties. The final price depends on the car's actual condition and local market factors.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to pay this week for a vehicle with typical mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when purchasing from a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

**Good Condition** - 54% of all cars we value. This car is free of major mechanical problems but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

Search: Find car values or features

**Popular Topics**
New Cars for 2017
Used Cars
Cars For Sale
Car Buying Guides
Car Awards

**Car Reviews & News**
Car Reviews
Car Videos
Auto Shows
Car News
Best Cars

**Help**
FAQ
Site Map
Find a New Car
What's My Car Worth
KBB℠ Mobile

**Company**
About Us
Contact Us
Careers
Corporate Information

**Industry Relations**
Advertising
Media Center
Linking Policy
Business Solutions

**Follow Us**    Facebook    Twitter    Google+    YouTube    LinkedIn    RSS    Roku Roku            **Mobile Apps**    iPhone®    Android™

© 1995–2016 Kelley Blue Book Co.®, Inc. All rights reserved. Copyright & Trademarks | Terms of Service | Privacy Policy | Ad Choices

Have comments about the Fair Purchase Price? Give us your feedback.

© 2016 Kelley Blue Book Co., Inc. All rights reserved. 5/20/2016-5/26/2016 Edition for California 94545. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.16053)