THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.
Nathan D. Borris, SBN 266090
1380 A Street
Hayward, CA 94541
(510) 581-7113
(510) 581-7112 Fax
nateborris@gmail.com

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re:

LETICIA I. HERNANDEZ,

        Debtor

) Case No.: 16-40959
) Chapter 7
)
) **STIPULATION ON MOTION TO**
) **REDEEM PROPERTY PURSUANT TO 11**
) **U.S.C. §722**
)

This Stipulation is entered into by and between LETICIA I. HERNANDEZ (hereinafter referred to as "Debtor"), by and through her attorney of record, NATHAN D. BORRIS, ESQ., and WELLS FARGO BANK, N.A. (hereinafter referred to as "Creditor").

**RECITALS**

Debtor filed a motion to redeem property, specifically, a 2006 Honda Civic EX (hereinafter, the "Vehicle"), pursuant to 11 U.S.C. §722 on May 26, 2016. Debtor's motion asserts a fair replacement value of the Vehicle of $5,500.00. Debtor seeks to redeem the Vehicle for its replacement value herein.

1

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1. That the replacement value of the Vehicle for purposes of 11 U.S.C. §722 is $5,500.00.
2. The Vehicle has been abandoned by the chapter 7 trustee pursuant to Bankruptcy Rule 5009.
3. The loan secured by the vehicle owing to Creditor in the approximate amount of $7,342.80 is a dischargeable consumer debt.
4. The Vehicle is tangible personal property intended for personal, family, or household use.
5. Debtor shall be entitled to redeem the Vehicle from Creditor free and clear by remitting payment by mail in the amount of $5,500.00 to Creditor at: Wells Fargo, Attn: Daniel, 435 Ford Rd Suite 300, Saint Louis Park, MN 55426-1063, on or before June 15, 2016.
6. Both parties are to bear their own fees and costs in pursuing this motion.

**IT IS SO STIPULATED.**

Dated: 6/2/2016

/s/ NATHAN D. BORRIS, ESQ.
Nathan D. Borris, Esq.
*Attorney for Debtor*

Dated: 6/2/2016

/s/ BONNY LYNN WALD
Bonny Lynn Wald
*For Wells Fargo Bank, N.A.*