1
THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.
Nathan D. Borris, SBN 266090
2
1380 A Street
Hayward, CA 94541
3
(510) 581-7113
(510) 581-7112 Fax
4
nateborris@gmail.com

**The following constitutes
the order of the court. Signed June 7, 2016**

5

6        UNITED STATES B
    IN AND FOR THE NORTHE
7                OAKLAN  Roger L. Efremsky
                         **U.S. Bankruptcy Judge**

8

9                                    ) Case No.: 16-40959
                                     ) Chapter 7
10                                   )
                                     ) **ORDER ON MOTION TO REDEEM**
                                     ) **PROPERTY PURSUANT TO 11 U.S.C.**
11   In Re:                          ) **§722**
                                     )
12                                   )
                                     )
13   LETICIA I. HERNANDEZ,           )
                                     )
14                                   )
                                     )
15                                   )
                 Debtor             )
16

17        THIS MATTER is before the Court upon the stipulation of the parties. The Debtor and

18   the undersigned Creditor WELLS FARGO BANK, N.A. agree and stipulate that the

19   replacement value pursuant to 11 U.S.C. §722 of Debtor's vehicle known as a 2006 Honda

20   Civic EX in which Creditor has a secured interest, is $5,500.00, that the loan secured by the

21   Vehicle is a dischargeable consumer debt, and that the Vehicle is tangible personal property

22   intended for personal, family, or household use.

23        IT IS ORDERED, ADJUDGED AND DECREED that the above-described Vehicle

24   shall be redeemed by Debtor if payment in the amount of $5,500.00 is mailed to Creditor on

25   or before June 15, 2016.

26

27        IT IS SO ORDERED.

28

1

Approved as to form.

/s/ BONNY LYNN WALD
Bonny Lynn Wald
*For Wells Fargo Bank, N.A.*

***END OF ORDER***

1　　　　　　　　　　　　　<u>COURT SERVICE LIST</u>

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28